### 9085.   McKENZIE, executrix, *v.* SMITH.

LUKE, J.  The former rulings of this court in this case (*McKenzie* v. *Smith,* 18 *Ga. App.* 626, 89 S. E. 1097), are controlling. The evidence did not change the status of the parties, and the accommodation indorser was discharged. The court erred in overruling the motion for a new trial.

*Judgment reversed. Wade, C. J., and Jenkins, J., concur.*
DECIDED MAY 15, 1918.

Complaint; from city court of Atlanta—Judge Reid. June 23, 1918.

*King & Spalding,* for plaintiff in error.
*Brandon & Hynds, Virlyn B. Moore,* contra.